# United States Bankruptcy Court
## Northern District of Georgia

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Green Mountain Management, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN: 26-1740734 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>100 Green Mountain Parkway, Adamsville, Alabama   ZIP CODE 35005 | Street Address of Joint Debtor (No. & Street, City, State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: Jefferson County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 100, Graysville, Alabama   ZIP CODE 35073 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check **one** box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check **one** box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Estimated Number of Creditors**

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 Million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Green Mountain Management, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: Northern District of Alabama | Case Number: 09-03129-TBB (Involuntary) | Date Filed: 05/27/2009 |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: Georgia Flattop Partners, LLC | Case Number: unknown | Date Filed: July 25, 2014 |
| District: Northern District of Georgia | Relationship: Georgia Flattop Partners, LLC, is the Managing Member of Green Mountain Management, LLC | Judge: unknown |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____  Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

B1 Official Form 1 (04/13)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Green Mountain Management, LLC |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X /s/ Sage M. Sigler<br>Signature of Attorney for Debtor(s)<br>Sage M. Sigler<br>Printed Name of Attorney for Debtor(s)<br>Alston & Bird LLP<br>Firm Name<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Address<br>(404) 881-7000<br>Telephone Number<br>July 25, 2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security Number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156. |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Daniel B. Cowart<br>Signature of Authorized Individual<br>Daniel B. Cowart<br>Printed Name of Authorized Individual<br>Sole Member of Georgia Flattop Partners, LLC, the Managing Member of Green Mountain Management, LLC<br>Title of Authorized Individual<br>July 25, 2014<br>Date | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| **GREEN MOUNTAIN MANAGEMENT, LLC** | ) Case No. 14-_____ - \_\_\_\_\_ ) ) |
| **Debtor.** | ) ) |
| E.I.N. 26-1740734 | ) ) |

**CONSOLIDATED LIST OF CREDITORS HOLDING 20
LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS**

     Green Mountain Management, LLC and Georgia Flattop Partners, LLC (collectively, the "Debtors") filed voluntary petitions in this Court on July 25, 2014 (the "Petition Date") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.  The following is a consolidated list of the Debtors' twenty largest unsecured creditors (the "Top 20 List") based on the Debtors' books and records as of the Petition Date.  The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases.  The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors.  The Top 20 List does not include any unsecured claims that a Debtor may hold against another Debtor.

     The Debtors take no position at this time regarding whether any of the parties included in the Top 20 List are "insiders" of the Debtors, as that term is defined in section 101(31) of title 11 of the United States Code (the "Bankruptcy Code"), and the inclusion in or exclusion from this Top 20 List of any person or entity shall not constitute an admission by, nor shall it be binding on, the Debtors in any respect.  The Debtors expressly reserve the right to, in their sole discretion, challenge the validity, priority and/or amount of any obligation reflected herein.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| ET ENVIRONMENTAL CORPORATION, LLC | Bill Higginbotham<br>Phone: 404-926-1776<br>3424 Peachtree Street NE<br>Suite 150<br>Atlanta, GA 30326 | Consulting | | $203,383.89 |
| ADAMS AND REESE, LLP | Richard Carmody<br>Phone: 205-250-5000<br>1901 6th Ave North<br>Suite 3000<br>Birmingham, Alabama 35203 | Professional Services | | $154,581.23 |
| DAN COWART, INC | Daniel Cowart<br>Phone: 770-449-5000<br>3740 Davinci Court<br>Suite 460<br>Norcross, Georgia 30092 | Management & Accounting | | $149,902.00 |
| MICHAEL J. SELWOOD | Michael J. Selwood<br>Phone: 412-973-2781<br>124 Crofton Drive<br>Pittsburg, Pennsylvania 15238 | Consulting | | $90,000.00 |
| SOLID WASTE AUTHORITY OF THE CITY OF ADAMSVILLE, ALABAMA | Gina Antolini<br>Phone: 205-674-5671, ext. 2133<br>P.O. Box 309<br>Adamsville, Alabama 35005 | Waste Collection Services | | $59,828.42 |
| CRUMBLEY BACKHOE SERVICE | Ron Crumbley<br>Phone: 205-522-7040<br>10600 County Road 63N<br>Carbon Hill, Alabama 35549 | Equipment Rental | | $41,193.00 |
| HAGER OIL CO | Phone: 205-384-3422<br>Attn: Accounts Receivable<br>P.O. Box 1429<br>Jasper, Alabama 35502 | Vendor | | $38,559.01 |
| VETERANS LANDSCAPING COMPANY, INC. | Phone: 205-655-8891<br>Attn: Accounts Receivable<br>3801 Mary Taylor Road<br>Birmingham, Alabama 35235 | Vendor | | $28,746.40 |
| KITCHENS KELLEY GAYNES, P.C. | Joel Arogeti<br>Phone: 404-237-4100<br>5555 Glenridge Connector<br>Suite 800<br>Atlanta, Georgia 30342 | Professional Services | | $28,077.50 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | Colleen Murphy<br>Phone: 617-542-6000<br>One Financial Center<br>Boston, Massachusetts 02111 | Professional Services | | $22,495.00 |
| CRUSHER WORKS LLC | Phone: 205-425-8099<br>Attn: Accounts Receivable<br>1166 Raimund Muscoda Road<br>Birmingham, Alabama 35020 | Vendor | | $15,976.16 |
| INERTIA MACHINE CORPORATION | Phone: 815-233-1619<br>Attn: Accounts Receivable<br>P.O. Box 858<br>Freeport, Illinois 61032 | Vendor | | $15,826.47 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| SCOTT'S EXCAVATING & HAULING, INC. | Scott Roberts<br>Phone: 256-734-9772<br>7771 County Road 222<br>Cullman, Alabama 35057 | Vendor | | $12,097.88 |
| STONE & SONS ELECTRICAL CONTRACTORS, INC. | Phone: 205-833-8494<br>Attn: Accounts Receivable<br>2530 Queenstown Road<br>Birmingham, Alabama 35210 | Vendor | | $11,980.07 |
| TRACTOR & EQUIPMENT COMPANY | Phone: 205-591-2131<br>Attn: Accounts Receivable<br>P.O. Box 12326<br>Birmingham, Alabama 35202 | Vendor | | $10,202.99 |
| M&M TIRE AND MECHANICAL SERVICES, INC. | Phone: 205-674-1059<br>Attn: Accounts Receivable<br>P.O. Box 311332<br>Birmingham, Alabama 35231 | Vendor | | $9,326.35 |
| TRUCKPRO - BIRMINGHAM | Phone: 205-324-1177<br>Attn: Accounts Receivable<br>P.O Box 905044<br>Charlotte, North Carolina 28290 | Vendor | | $8,996.21 |
| CINTAS | Phone: 205-424-2250<br>Attn: Accounts Receivable<br>P.O. Box 630910<br>Location 212<br>Cincinnati, Ohio 45263 | Vendor | | $8,536.79 |
| CARROLL'S TRUCK & REPAIR INC. | Phone: 205-368-8014<br>Attn: Accounts Receivable<br>P.O. Box 368<br>27961 Hwy 5<br>Woodstock, Alabama 35188 | Vendor | | $7,538.51 |
| GREEN WORX, LLC | Scott Roberts<br>Phone: 205-674-8500<br>P.O. Box 154<br>Graysville, Alabama 35073 | Vendor | | $6,275 |

## DECLARATION CONCERNING THE CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

I, Daniel B. Cowart, Sole Member of Georgia Flattop Partners, LLC, and Chairman of Green Mountain Management, LLC, declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims Against the Debtors and that the information contained therein is true and correct to the best of my information and belief.

Dated: July 25, 2014
Atlanta, Georgia

_____
Daniel B. Cowart
Sole Member, Georgia Flattop Partners, LLC
Chairman, Green Mountain Management, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| **GREEN MOUNTAIN MANAGEMENT, LLC** | ) Case No. 14-_____ - _____ ) |
| Debtor. | ) ) ) |
| E.I.N. 26-1740734 | ) ) |

## LIST OF EQUITY SECURITY HOLDERS

Green Mountain Management, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned case, hereby submits the list of equity security holders of the Debtor. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and (3).

| Name | Address | Ownership |
|---|---|---|
| Georgia Flattop Partners, LLC | 3740 Davinci Court, Suite 460, Norcross, Georgia 30092 | 93.15% |
| Dan Cowart, Inc. | 3740 Davinci Court, Suite 460 Norcross, Georgia 30092 | 1.00% |
| Trinity-Green Mountain, LLC | 1915 Airport Road Suite 2-D Chamblee, Georgia 30341 | 2.85% |
| Zossima Holdings, LL:C | 3740 Davinci Court, Suite 460 Norcross, Georgia 30092 | 3.00% |

## DECLARATION CONCERNING THE DEBTOR'S
## LIST OF EQUITY SECURITY HOLDERS

I, Daniel B. Cowart, Chairman of Green Mountain Management, LLC, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated: July 25, 2014
       Atlanta, Georgia

_____
Daniel B. Cowart
Chairman, Green Mountain Management, LLC

# RESOLUTION OF GREEN MOUNTAIN MANAGEMENT, LLC

July 24, 2014

**The undersigned**, being the Sole Member of Georgia Flattop Partners, LLC, acting on behalf of Green Mountain Management, LLC, does hereby consent to the adoption of the following Resolution:

**WHEREAS**, Green Mountain Management, LLC is a Delaware limited liability Company ("GMM" or the "Company"); and

**WHEREAS**, Georgia Flattop Partners, LLC is a Georgia limited liability company ("GFP") and is the Managing Member of GMM, and will approve the resolution set forth herein and any documents required to effectuate the same; and

**WHEREAS**, GFP, the Managing Member of GMM, has determined that GMM does not have sufficient funds to pay its debts and does not have the ability to refinance such debts, and has directed GMM to file a petition seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Sole Member of GFP, acting as Managing Member of GMM, it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that Daniel B. Cowart, the Sole Member of GFP and Chairman of GMM, is hereby appointed as the "Authorized Officer" of the Company and is authorized and directed, for and on behalf of and in the name of the Company, to execute and verify or certify a petition under the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court") at such time as such officers executing the same shall determine is appropriate; and it is

**FURTHER RESOLVED**, that the Authorized Officer, and such other officers as the Managing Member shall from time to time designate, be, and they hereby is, authorized and empowered to execute and file all petitions, schedules, lists, and other papers and to take any and all action that they may deem necessary or proper to commence and administer the case under the Bankruptcy Code, and in that connection to retain and employ all assistance by attorneys, investment bankers, accountants and other professionals that they may deem necessary or proper with a view to the successful administration of the case under the Bankruptcy Code, including a financial advisor to assist in sourcing financing for the Company; and it is

**FURTHER RESOLVED**, that the law firm of Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309-3424 be employed as counsel for the Company, and all related debtors, for the purposes of their cases under the Bankruptcy Code and otherwise; and it is

**FURTHER RESOLVED**, that the Authorized Officer is authorized and directed to do and perform or cause to be done and performed, all such acts, deeds and things, to pay or cause to be paid, all fees, costs and expenses, and to make, execute and deliver or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments and certificates in the name and on behalf of the Company or otherwise as any such Authorized Officer deems necessary or desirable in order to effectuate or carry out fully and expeditiously the purpose and intent of each and all of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that the authority given in these resolutions is retroactive and any and all acts authorized herein performed before the passage of these resolutions are ratified and affirmed.

        **GREEN MOUNTAIN MANAGEMENT, LLC**
        By: **GEORGIA FLATTOP PARTNERS, LLC**
        Its Managing Member

By: _____
        Daniel B. Cowart
        Its Sole Member

2