## UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia
### Atlanta Division

In Re:  **Green Mountain Management, LLC**

Case No.: **14−64287−bem**

Chapter: **11**

Debtor

# Order Regarding The List Of Creditors
# For An Electronically Filed Case

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the filing of a voluntary petition shall include a "list containing the name and address of each entity included or to be included on Schedules D, E, F, G, and H as prescribed by the Official Forms". Local Rule 5005−1(j) lists the specific requirements for filing this list of creditors with this Court.

In addition, the Court's reference materials regarding electronic filing also require this list of creditors to be uploaded at the time the voluntary petition is docketed.

As referenced below, one or more of these requirements were not met when the petition was filed.

− List of creditors was not docketed with the petition. To cure this deficiency, on or before 8/1/14 Debtor's attorney must prepare and electronically docket this list.

− Creditors were not uploaded to CM/ECF with the voluntary petition. To cure this deficiency, on or before 8/1/14 Debtor's attorney must access CM/ECF to upload this information and must also docket the Certificate of Service showing that all parties have been served with the Notice of Commencement under the Bankruptcy Code.

It is **ORDERED** that failure to cure any and all deficiencies shown above on or before 8/1/14 may result in dismissal of this case. As a result of such dismissal, the stay of 11 U.S.C Section 362(a) will no longer be in effect.

Dated: July 25, 2014

Barbara Ellis−Monro
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

Form 313b