UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>**GREEN MOUNTAIN MANAGEMENT, LLC**, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-64287-BEM<br>(Joint Administration Pending) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2014, I served true and correct copies of the following documents:

1. Debtors' Emergency Motion For Order Directing Joint Administration of Related Chapter 11 Cases;

2. Debtors' Emergency Motion for an Order Pursuant to Sections 102 and 105(a) of the Bankruptcy Code and Bankruptcy Rules 2002(m) and 9007 Establishing Certain Notice Procedures;

3. Debtors' Emergency Motion to Reject Contract with Michael J. Selwood;

4. Debtors' Motion for an Order (I) Scheduling a Hearing on Emergency Motions on an Expedited Basis and (II) Modifying Applicable Notice Requirements;

5. Debtors' Emergency Motion for an Order (I) Authorizing (A) Payment of Prepetition Employee Wages and Benefits and (B) Continuation of Prepetition Benefits and Workers' Compensation Insurance Programs and (II) Authorizing and Directing Banks to Honor Related Payments;

---

[1] The last four digits of the employer identification number for each of the Debtors follow in parenthesis: (i) Green Mountain Management, LLC (0734) and (ii) Georgia Flattop Partners, LLC (3208). The Debtors' mailing address is 3740 Davinci Court, Suite 460, Norcross, Georgia 30092.

6. Declaration of Daniel B. Cowart in Support of Emergency Motions; and

7. Order Granting Debtors' Emergency Motion for Order (I) Scheduling a Hearing on Emergency Motions on an Expedited Basis and (II) Modifying Applicable Notice Requirements.

via overnight delivery, facsimile transmission or email (as indicated), properly addressed to the parties listed on the attached Exhibit "A."

Dated this 29th day of July 2014.

ALSTON & BIRD LLP

/s/  Sage M. Sigler
Sage M. Sigler (Bar No. 300707)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: sage.sigler@alston.com

*Proposed Attorney for Debtors and Debtors-in-Possession*

2

# EXHIBIT A

| | | |
|---|---|---|
| Alston & Bird LLP<br>Attn: Sage Sigler<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309 | Adams and Reese, LLP<br>1901 6th Avenue North<br>Suite 300<br>Birmingham, AL 35203<br>*Email: richard.carmody@arlaw.com* | Carroll's Truck & Repair, Inc.<br>P. O. Box 368<br>27961 Hwy 5<br>Woodstock, AL 35188<br>*Fax No. 205-938-1800* |
| Caterpillar Financial Services Corp.<br>2120 West End Avenue<br>Nashville, TN 37203 | Cintas Facility Services<br>5970 Greenwood Pkwy<br>Bessemer, AL 35023<br>*Fax No. 205-424-2158* | Crusher Works LLC<br>1166 Raimund Muscoda Rd<br>Bessemer, AL 35020<br>*Fax No. 205-425-8098* |
| Crumbley Backhoe Service<br>Attn: Ron Crumbley<br>10600 County Road 63 N<br>Carbon Hill, AL 35549<br>*Email: crumbleybackhoe@aol.com* | Dan Cowart, Inc.<br>Attn: Daniel B. Cowart<br>3740 Davinci Court<br>Suite 460<br>Norcross, GA 30092<br>*Email: dcowart@cowartco.com* | ET Environmental Corp., LLC<br>Attn: Bill Higginbotham<br>4501 Bridgetown Road<br>Suite 105<br>Cincinnati, OH 45211<br>*Email: bhigginbotham@etenv.com* |
| First Bank of Jasper<br>P. O. Box 105233<br>Atlanta, GA 30348<br><br>200 18th St W<br>Jasper, AL 35501-5363 | First National Bank of Jasper<br>200 18th St W<br>Jasper, AL 35501-5363 | First Tuskegee Bank<br>660 Adams Avenue<br>Montgomery, AL 36104 |
| GE Capital<br>P. O. Box 740425<br>Atlanta, GA 30374-0425<br>*Fax No. 319-841-6324* | General Electric Capital Corp.<br>P.O. Box 35701<br>Billings, MT 59107-5701<br>*Fax No. 319-841-6324* | Georgia Flattop Partners, LLC<br>3740 Davinci Ct., Suite 460<br>Norcross, GA 30092<br>*Email: dcowart@cowartco.com* |
| Green Mountain Management, LLC<br>100 Green Mountain Parkway<br>Adamsville, AL 35005 | Green Worx LLC<br>Attn: Scott Roberts<br>P. O. Box 154<br>Graysville, AL 35073<br>*Email: scoexhaul@aol.com* | Hager Oil Company<br>P. O. Box 1429<br>Jasper, AL 35502<br>*Fax: 205-221-9435* |
| Inertia Machine Corporation<br>730 S. Hancock Avenue<br>Freeport, IL 61032<br>*Email: mandy.moore@inertiamachine.com* | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>Tax Division<br>U.S. Department of Justice<br>Attn: Chief, Civil Trial Section, Southern Region<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 21125<br>Philadelphia, PA 19114-0325<br><br>Tax Division<br>U.S. Department of Justice<br>Attn: Chief, Civil Trial Section, Southern Region<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 |

| | | |
|---|---|---|
| Kitchens Kelley Gaynes PC<br>Attn: Joel Arogeti<br>5555 Glenridge Connector<br>Suite 800<br>Atlanta, GA 30342<br>*Email: Jarogeti@kkgpc.com* | Komatsu Financial LP<br>1701 W. Golf Road<br>Suite 1-300<br>Rolling Meadows, IL 60008<br>*Fax: 847-437-5966* | M & M Tire and Mechanical<br>Services, Inc.<br>1203 1st Avenue SE<br>Graysville, AL 35073<br>*Email: Lockhart.carroll@gmail.com* |
| Michael J. Selwood<br>124 Crofton Drive<br>Pittsburgh, PA 15238<br>*Email: Mjselwood@yahoo.com* | Mintz, Levin, Cohn, Ferris, Glovsky &<br>Popeo, P.C.<br>Attn: Colleen Murphy<br>One Financial Center<br>Boston, MA 02111<br>*Email: camurphy@mintz.com* | Nuveen Asset Management, LLC<br>Attn: John V. Miller<br>333 W. Wacker Dr.<br>Chicago, IL 60606 |
| Office of the United States Trustee<br>Attn: David S. Weidenbaum<br>362 Richard B. Russell Building<br>75 Spring St., SW<br>Atlanta, GA 30303<br>*Email: david.s.weidenbaum@usdoj.gov* | Joel Parmer<br>PACCAR Financial Corp<br>2180 Satellite Blvd., Suite 200<br>Duluth, GA 30097<br>*Email: joel.parmer@PACCAR.com* | Sandvik Customer Finance LLC<br>300 Technology Court<br>Smyrna, GA 30082<br>*Fax: 404-589-3934* |
| Scott's Excavating & Hauling, Inc.<br>Attn: Scott Roberts<br>7771 County Road 222<br>Cullman, AL 35057<br>*Email: scoexhaul@aol.com* | Stone & Sons Electrical<br>2530 Queenstown Road<br>Birmingham, AL 35210<br>*Fax: 205-833-9390* | Tenth Street Fund II, L.P.<br>3388 Saddlebrook Street<br>Las Vegas, Nevada 89141<br>Attention: R. Alton Duke, Jr.<br>*Email: alduke@tenthstreetcapital.com* |
| The Solid Waste Disposal Authority of<br>City of Adamsville, Alabama<br>Attn: Gina Antolini<br>4828 Main Street<br>Adamsville, AL 35005<br>*Email: gantolini@cityofadamsville.org and<br>adamsvillecityclerk@gmail.com* | The Piedmont Bank<br>Attn: Ryan C. Floyd<br>5270 Peachtree Parkway<br>Suite 116<br>Norcross, GA 30092<br>*Email: Ryan.floyd@piedmontbankonline.com* | Thompson Tractor Co., Inc.<br>2401 Pinson Hwy<br>Birmingham, AL 35217 |
| Tractor & Equipment Company<br>5336 Airport Highway<br>Birmingham, AL 35212 | TruckPro<br>P. O. Box 905044<br>Charlotte, NC 28290-5044<br>*Fax: 205-743-0085* | Veterans Landscaping Co Inc.<br>3801 Mary Taylor Road<br>Birmingham, AL 35235 |
| UMB Bank N.A.<br>Attn: Michael Slade<br>120 South Sixth Street<br>Suite 1400<br>Minneapolis, MN 55402 | Utica Lease Co, LLC<br>44225 Utica Road<br>Utica, MI 48317<br>*Fax: 586-323-8731* | Waldrep, Stewart & Kendrick, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>*Fax: 205-324-3802* |
| Ward and Wilson, LLC<br>2100 Southbridge Parkway<br>Suite 580<br>Birmingham, AL 35209<br>*Fax: 205-871-5758* | Wells Fargo Bank, N.A.<br>Birmingham Business Banking<br>420 North 20th Street, 6th Floor<br>Birmingham, AL 35203<br>*Email: hank.patterson@wellsfargo.com* | Capell & Howard P.C.<br>Attn: Robert D. Rives<br>150 S. Perry Street<br>Montgomery, AL 36102<br>*Email: rdr@chlaw.com* |