# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| Green Mountain Management, LLC, et al., | * | |
| | * | CASE NO. 14-64287-bem |
| Debtors | * | (Jointly Administered) |
| | * | |
| | * | |
| Hager Oil Company, Inc., | * | |
| | * | |
| Movant, | * | |
| | * | CONTESTED MATTER |
| v. | * | |
| | * | |
| Green Mountain Management, LLC | * | |
| | * | |
| Respondant. | * | |

## MOTION OF HAGER OIL COMPANY, INC. FOR THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)(9)

Hager Oil Company Inc, ("Hager"), by and through its undersigned attorney, hereby requests the entry of an Order, pursuant to 11 U.S.C. §503 (b)(9), allowing Hager an administrative expense claim in the amount of $23,953.03. In support of its Motion, Hager states as follows:

### JURISDICTION

1. On July 25, 2014, (the Petition Date), the above-captioned debtor (the "Debtor" or "Green Mountain") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Georgia (the "Court").

2. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157 and 1334(b). This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue is proper in this District pursuant to 28 U.S.C. §1408 and 1409.

## BACKGROUND

3. Hager Oil Company Inc. provides among other things, oil and gas product to customers, including Debtor in the ordinary course of Hager's and Debtor's businesses. Hager regularly sold some of these products to Green Mountain Management, LLC before the Petition Date.

4. In the 20 days preceding the Petition Date, Green Mountain received product that Hager sold on credit to Green Mountain in the ordinary course of Green Mountain, LLC's business. Such goods included items set forth on the attached statements and invoices and had an aggregate value of $23,953.03, as identified on the invoices attached hereto as "Exhibit A".

5. As of the date of this Motion, Hager has not received payment for the goods.

## RELIEF REQUESTED

6. Hager respectfully requests that this Court allow Hager's administrative expense claim in the amount of $23,953.03 for the goods pursuant to section 503(b)(9) of the Bankruptcy Code.

## BASIS FOR RELIEF

7. Section 503(b)(9) of the Bankruptcy Code provides, in pertinent part, that:

"After notice and a hearing, there shall be allowed, administrative expenses…for the value of any goods received by the Debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business."

## 11 U.S.C. § 503(b)(9)

8. As evidenced by the invoices and statements attached hereto as "Exhibit A", during the 20 days preceding the Petition Date, Debtor Green Mountain, LLC received from Hager Oil Company, Inc. goods valued in aggregate of $23,953.03. Hager sold the goods to Green Mountain LLC on credit in the ordinary course of Green Mountain's business, and Hager Oil Company, Inc. has not yet received payment for these goods. Hager is, accordingly, entitled to an allowed administrative expense claim against Green Mountain in the aggregate amount of $23, 953.03.

9. Hager reserves its right to assert claims against the Debtor, Green Mountain for amounts not contemplated by this Motion or allowed by the Court pursuant to §503(b)(9) and to amend, modify and/or supplement this request, as appropriate under the circumstances.

10. There is no good reason to delay payment of this claim and, therefore, Hager requests that the Court direct payment of this claim instanter.

WHEREFORE, Hager respectfully requests that the Court enter an Order granting this Motion pursuant to §503(b)(9) of the Bankruptcy Code and grant such other and further relief as may be just and proper under the circumstances.

Respectfully submitted,

_____
George M. Geeslin
Counsel to Hager Oil Company, Inc.
Georgia Bar No. 288725

Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia 30305-1565
Phone (404) 841-3464
Fax (404) 816-1108
geeslingm@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| Green Mountain Management, LLC, et al., | * | |
| | * | CASE NO. 14-64287-bem |
| Debtors | * | (Jointly Administered) |
| | * | |
| | * | |
| Hager Oil Company, Inc., | * | |
| | * | |
| Movant, | * | |
| | * | CONTESTED MATTER |
| v. | * | |
| | * | |
| Green Mountain Management, LLC, | * | |
| | * | |
| Defendant | * | |

### CERTIFICATE OF SERVICE

I certify that I have this day served the person listed below with a copy of the within and foregoing **MOTION OF HAGER OIL COMPANY, INC. FOR THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)(9)** by depositing a copy of same in the United States Mail, adequate postage affixed thereto:

> Kevin Hembree
> Sage M. Sigler
> David A. Wender
> Alson & Bird LLP
> One Atlantic Center
> 1201 W. Peachtree Street
> Atlanta, GA 30309
>
> Green Mountain Management, LLC
> 100 Green Mountain Parkway
> Adamsville, AL 35005
>
> David S. Weidenbaum
> Office of the U.S. Trustee
> 362 Richard B. Russell Bldg.

                              75 Spring Street, SW
                              Atlanta, GA  30303

This 12th day of August, 2014.

Eight Piedmont Center, Suite 550    George M. Geeslin
3525 Piedmont Road, N.E.              Georgia Bar No. 288725
Atlanta, Georgia 30305-1565
Phone (404) 841-3464
Fax (404) 816-1108
geeslingm@aol.com

**Accounts Receivable Aged Invoice Report**
Sorted by Customer Number
All Open Invoices - Aged as of 8/5/2014

Hager Oil Company, Inc. (HOC)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0007350 | Green Mountain Management LLC | | Contact: Pam Correll | | | Phone: | (205) 743-0081 | | Credit Limit: | | 30,000.00 |
| 6/27/2014 | 0239995-IN | 7/7/2014 | | 0.00 | 10,748.20 | 0.00 | 10,748.20 | 0.00 | 0.00 | 0.00 | 29 |
| 7/3/2014 | 0070314-PP | 7/3/2014 | | 0.00 | 610.35- | 0.00 | 610.35- | 0.00 | 0.00 | 0.00 | |
| 7/3/2014 | 0240399-IN | 7/13/2014 | | 0.00 | 13,815.18 | 0.00 | 13,815.18 | 0.00 | 0.00 | 0.00 | 23 |
| 7/15/2014 | 0240844-IN | 8/14/2014 | | 0.00 | 793.11 | 793.11 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 7/15/2014 | 0240897-IN | 7/25/2014 | | 0.00 | 13,922.52 | 13,922.52 | 0.00 | 0.00 | 0.00 | 0.00 | 11 |
| 7/17/2014 | 0240947-IN | 7/27/2014 | | 0.00 | 6,283.91 | 6,283.91 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 7/22/2014 | 0241220-IN | 8/21/2014 | | 0.00 | 667.95 | 667.95 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 7/28/2014 | 0072914-PP | 7/28/2014 | | 0.00 | 370.01- | 370.01- | 0.00 | 0.00 | 0.00 | 0.00 | |
| 7/31/2014 | JUL0032-FC | 7/31/2014 | | 0.00 | 656.84 | 656.84 | 0.00 | 0.00 | 0.00 | 0.00 | 5 |
| | *** On Credit Hold *** | | | | | | | | | | |
| | | | Customer 0007350 Totals: | 0.00 | 45,907.35 | 21,954.32 | 23,953.03 | 0.00 | 0.00 | 0.00 | |
| | | | Report Totals: | 0.00 | 45,907.35 | 21,954.32 | 23,953.03 | 0.00 | 0.00 | 0.00 | |
| | | | Number of Customers: 1 | | | | | | | | |

Run Date: 8/5/2014  4:04:39PM
A/R Date: 8/5/2014

Page: 1
User Logon: PCG

# Invoice

Hager Oil Company, Inc.
P.O. Box 1429
1002 Old Birmingham Hwy
Jasper, AL 35502
(205) 384-3422

| | |
|---|---|
| Invoice Number: | 0241220-IN |
| Invoice Date: | 7/22/2014 |
| Order Number: | 0241220 |
| Order Date | 7/22/2014 |
| Salesperson: | 0002 |
| Customer Number: | 0007350 |

**Sold To:**
Green Mountain Management LLC
P O Box 100
Graysville, AL 35073
(205) 743-0081
Confirm To:
Tommy Chapman

**Ship To:**
Green Mountain Management
100 Green Mountain Pkwy
Adamsville, AL 35005
(205) 743-0081

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | TIM | 1137 | Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| /EQUIP<br>110 V DEF Pump | EACH | 1.00 | 1.00 | 0.00 | 610.0000 | 610.00 |

| | |
|---|---|
| Net Invoice: | 610.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 57.95 |
| Invoice Total: | 667.95 |

# Invoice

Hager Oil Company, Inc.
P.O. Box 1429
1002 Old Birmingham Hwy
Jasper, AL 35502
(205) 384-3422

| | |
|---|---|
| Invoice Number: | 0240947-IN |
| Invoice Date: | 7/17/2014 |
| Order Number: | 0240947 |
| Order Date | 7/17/2014 |
| Salesperson: | 0002 |
| Customer Number: | 0007350 |

**Sold To:**
Green Mountain Management LLC
P O Box 100
Graysville, AL  35073
(205) 743-0081
Confirm To:
Tommy Chapman

**Ship To:**
Green Mountain Management
100 Green Mountain Pkwy
Adamsville, AL  35005
(205) 743-0081

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | MIKE G | 01 | Net 10 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 21 | 1 | 2,000.00 | 1,922.00 | 0.00 | 2.8650 | 5,506.53 |
| Unleaded 7.8/87 Oct W/Ethanol | | | Whse: 011 | | | |
| Federal Exc Gasoline | | | | | 0.18400 | 353.65 |
| AL State Exc Gasoline | | | | | 0.16000 | 307.52 |
| AL Insp Fee Gasoline | | | | | 0.02000 | 38.44 |
| AL Trust Fund Gasoline | | | | | 0.01000 | 19.22 |
| Federal Oil Spill Rec | | | | | 0.00171 | 3.29 |
| | | | | | 3.24071 | 6,228.65 |
| FREIGHT | EACH | 1,922.00 | 1,922.00 | 0.00 | 0.0288 | 55.26 |
| Freight | | | Whse: 011 | | | |

| | |
|---|---|
| Net Invoice: | 6,283.91 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 6,283.91 |

# Invoice

Hager Oil Company, Inc.
P.O. Box 1429
1002 Old Birmingham Hwy
Jasper, AL 35502
(205) 384-3422

| | |
|---|---|
| Invoice Number: | 0240844-IN |
| Invoice Date: | 7/15/2014 |
| Order Number: | 0240844 |
| Order Date | 7/15/2014 |
| Salesperson: | 0002 |
| Customer Number: | 0007350 |

**Sold To:**
Green Mountain Management LLC
P O Box 100
Graysville, AL 35073
(205) 743-0081
Confirm To:
Tommy Chapman

**Ship To:**
Green Mountain Management
100 Green Mountain Pkwy
Adamsville, AL 35005
(205) 743-0081

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | HUNTER | 2220 | Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| MDEF01 | 1 | 330.00 | 330.00 | 0.00 | 2.1100 | 696.30 |
| Sky Blue DEF-Tote | | | Whse: 000 | | | |
| /TXS28 | | | | | | 28.00 |
| TX Fuel Surcharge-28.00 | | | | | | |

| | |
|---|---|
| Net Invoice: | 724.30 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 68.81 |
| **Invoice Total:** | **793.11** |

# Invoice

Hager Oil Company, Inc.
P.O. Box 1429
1002 Old Birmingham Hwy
Jasper, AL 35502
(205) 384-3422

| | |
|---|---|
| Invoice Number: | 0240897-IN |
| Invoice Date: | 7/15/2014 |
| Order Number: | 0240897 |
| Order Date | 7/15/2014 |
| Salesperson: | 0002 |
| Customer Number: | 0007350 |

**Sold To:**
Green Mountain Management LLC
P O Box 100
Graysville, AL 35073
(205) 743-0081
Confirm To:
Tommy Chapman

**Ship To:**
Green Mountain Management
100 Green Mountain Pkwy
Adamsville, AL 35005
(205) 743-0081

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | TERRY | A86117 | Net 10 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 04 | 1 | 4,004.00 | 4,004.00 | 0.00 | 2.9850 | 11,951.94 |
| NA 1993 On Rd ULS Diesel | | | Whse: 012 | | | |
| Federal Exc-Dsl Clr | | | | | 0.24400 | 976.98 |
| AL Exc Tax-Dsl Clr | | | | | 0.17000 | 680.68 |
| AL Insp Fee-Dsl Clr | | | | | 0.02000 | 80.08 |
| AL Trust Fund-Dsl Clr | | | | | 0.01000 | 40.04 |
| AL WOLF Tax | | | | | 0.00750 | 30.03 |
| Federal Oil Spill Rec | | | | | 0.00190 | 7.61 |
| Adamsville Exc Dsl Clr | | | | | 0.01000 | 40.04 |
| | | | | | 3.44840 | 13,807.40 |
| FREIGHT | EACH | 4,004.00 | 4,004.00 | 0.00 | 0.0288 | 115.12 |
| Freight | | | Whse: 012 | | | |

| | |
|---|---|
| Net Invoice: | 13,922.52 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 13,922.52 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| Green Mountain Management, LLC, et al., | * | |
| | * | CASE NO. 14-64287-bem |
| Debtors | * | (Jointly Administered) |
| | * | |
| _____ | * | |
| Hager Oil Company, Inc., | * | |
| | * | |
| Movant, | * | |
| | * | CONTESTED MATTER |
| v. | * | |
| | * | |
| Green Mountain Management, LLC, | * | |
| | * | |
| Defendant | * | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Hager Oil Company, Inc, Creditor in the above-styled Chapter 11 bankruptcy proceeding, has filed a MOTION OF HAGER OIL COMPANY, INC. FOR THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C.§503(b)(9) with the Court.  The Creditor's Motion is available for inspection at the office of the Clerk, United States Bankruptcy Court, 75 Spring Street, S.W., Atlanta, Georgia, during the hours of 8:00 a.m. and 4:00 p.m.

NOTICE IS FURTHER GIVEN that a HEARING on the Motion and any objections to said Motion will be held in Courtroom 1402, U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, 30303 at 11:00 a.m., on September 24, 2014.

This 12th day of August.

(SIGNATURE ON NEXT PAGE)

Respectfully submitted,

George M. Geeslin
Georgia Bar No. 288725

Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia 30305-1565
Phone (404) 841-3464
Fax (404) 816-1108
geeslingm@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| Green Mountain Management, LLC, et al., | * | |
| | * | CASE NO. 14-64287-bem |
| Debtors | * | (Jointly Administered) |
| | * | |
| _____ | * | |
| Hager Oil Company, Inc., | * | |
| | * | |
| Movant, | * | |
| | * | CONTESTED MATTER |
| v. | * | |
| | * | |
| Green Mountain Management, LLC, | * | |
| | * | |
| Defendant | * | |

## CERTIFICATE OF SERVICE

I certify that I have this day served the person listed below with a copy of the within and foregoing **NOTICE OF HEARING** by depositing a copy of same in the United States Mail, adequate postage affixed thereto to:

>Kevin Hembree
>Sage M. Sigler
>David A. Wender
>Alson & Bird LLP
>One Atlantic Center
>1201 W. Peachtree Street
>Atlanta, GA  30309
>
>Green Mountain Management, LLC
>100 Green Mountain Parkway
>Adamsville, AL  35005
>
>David S. Weidenbaum
>Office of the U.S. Trustee
>362 Richard B. Russell Bldg.
>75 Spring Street, SW
>Atlanta, GA  30303

ET Environmental Corporation, LLC
ATTN: Bill Higginbothan
3424 Peachtree Street NE
Suite 150
Atlanta, GA  30326

Adams and Reese, LLP
ATTN: Richard Carmody
1901 6th Avenue North
Suite 3000
Birmingham, AL  35203

Dan Cowart, Inc.
Attn: Dan Cowart
3740 Davinci Court
Suite 460
Norcross, GA  30092

Michael J. Selwood
124 Crofton Drive
Pittsburg, PA  15238

Solid Waste Authority of the
City of Adamsville, AL
Attn: Gina Antolini
P.O.Box 309
Adamsville, AL  35005

Crumbley Backhoe Service
Attn: Ron Crumbley
10600 County Road 63N
Carbon Hill, AL  35549

Veterans Landscaping Company, Inc.
Attn: Accounts Receivable
3801 Mary Taylor Road
Birmingham, AL  35235

Kitchens Kelley Gaynes, P.C.
Attn: Joel Arogeti
5555 Glenridge Connector
Suite 800
Atlanta, GA  30342

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Attn: Colleen Murphy
One Financial Center
Boston, Massachusetts 02111

Crusher Works LLC
Attn: Accounts Receivable
11665 Raimund Muscoda Road
Birmingham, AL 35020

Inertia Machine Corporation
Attn: Accounts Receivable
P.O. Box 858
Freeport, IL 61032

Scott's Excavating & Hauling, Inc.
Attn: Scott Roberts
7771 County Road 222
Cullman, AL 35057

Stone & Sons Electrical Contractors, Inc.
Attn: Accounts Receivable
2530 Queenstown Road
Birmingham, AL 35210

Tractor & Equipment Company
Attn: Accounts Receivable
P.O. Box 12326
Birmingham, AL 35202

M & M Tire and Mechanical Services, Inc.
Attn: Accounts Receivable
P.O. Box 311332
Birmingham, AL 35231

TruckPro-Birmingham
Attn: Accounts Receivable
P.O. Box 905044
Charlotte, NC 28290

Cintas
Attn: Accounts Receivable
P.O. Box 368
Woodstock, AL 35188

Green Worx, LLC
Attn: Scott Roberts
P.O. Box 154
Graysville, AL  35073

This __12__ day of August, 2014.

_____
George M. Geeslin
Georgia Bar No. 288725

Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia  30305-1565
Phone (404) 841-3464
Fax (404) 816-1108
geeslingm@aol.com