IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREEN MOUNTAIN ) | Chapter 11 |
| MANAGEMENT, LLC, *et al.*[1] ) | Case No. 14-64287-BEM |
| ) | (Jointly Administered) |
| Debtors. ) | |
| _____) | |

## NOTICE OF SUBSTITUTION

The undersigned firm of Morris, Manning & Martin, LLP hereby notifies the Court, Debtor and all other interested parties that Martin Bagwell Luke, P.C. is withdrawing as counsel of record for Daniel B. Cowart ("Cowart") in this matter. As reflected by the attached Certificate of Consent of Withdrawal, Cowart consents to Martin Bagwell Luke, P.C.'s withdrawal from this case and to Morris, Manning & Martin, LLP's substitution as counsel for Cowart.

This 13th day of May, 2015.

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

By:  /s/ Frank W. DeBorde
   Frank W. DeBorde
3343 Peachtree Road, N.E.                  Georgia Bar No. 215415
Suite 1600                                            Lisa Wolgast
Atlanta, Georgia 30326                     Georgia Bar No. 773399
(404) 233-7000                                    Sameer K. Kapoor
                                                          Georgia Bar No. 407525

*Attorneys for Daniel B. Cowart*

---

[1] The last four digits of the employer identification number for each of the Debtors follow in parenthesis: (i) Green Mountain Management, LLC (0734) and (ii) Georgia Flattop Partners, LLC (3208). The Debtors' mailing address is 3740 Davinci Court, Suite 460, Norcross, Georgia 30092.

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREEN MOUNTAIN ) | Chapter 11 |
| MANAGEMENT, LLC, *et al.*[1] ) | Case No. 14-64287-BEM |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION** by electronic filing in compliance with the ECF rules in place in this District and by depositing a true and correct copy in the United States Mail with sufficient postage affixed thereto to assure first class delivery and properly addressed as follows:

**Green Mountain Management, LLC**
3740 Davinci Court, Suite 460
Norcross, GA 30092

**Sage M. Sigler**
**David Wender**
**Kevin Hembree**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

**Georgia Flattop Partners, LLC**
3740 Davinci Court
Suite 460
Norcross, GA 30092

**Alexandra K. Kraus**
Lefkoff Rubin Gleason & Russo, PC
5555 Glendridge Connector
Suite 900
Atlanta, GA 30342

**David S. Weidenbaum**
**Office of the United States Trustee**
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

**Kevin J. Walsh, Esq.**
**Colleen A. Murphy, Esq.**
Mintz, Levin, Cohn, Ferris,
Glovsky And Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

---

[1] The last four digits of the employer identification number for each of the Debtors follow in parenthesis: (i) Green Mountain Management, LLC (0734) and (ii) Georgia Flattop Partners, LLC (3208). The Debtors' mailing address is 3740 Davinci Court, Suite 460, Norcross, Georgia 30092.

**Eric W. Anderson, Esq.**
**J. David Freedman, Esq.**
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303

**Charles L. Denaburg, Esq.**
**Marvin E. Franklin, Esq.**
**Steven D. Altmann, Esq.**
Najjar Denaburg, P.C.
2125 Morris Avenue
Birmingham, AL 35203

**Stites & Harbison, PLLC**
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, GA 30308

**Karen Fagin White**
**Anna M. Humnicky**
Cohen Pollock Merlin & Small, P.C.
3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339

**Jimmy C. Luke, II**
Martin Bagwell Luke, P.C.
400 Northridge Road, Suite 1225
Atlanta, Georgia 30350

**Margaret S. Puccini**
**Kathleen Horne**
Bouhan Falligant LLP
PO Box 2139
Savannah, GA 31402-2139

**George M. Geeslin**
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565

This 13th day of May, 2015.

__/s/ Frank W. DeBorde_____
Frank W. DeBorde
Georgia Bar No. 215415

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
)
GREEN MOUNTAIN ) Chapter 11
MANAGEMENT, LLC, et al.[1] ) Case No. 14-64287-BEM
) (Jointly Administered)
Debtors. )
)

### CERTIFICATE OF CONSENT OF WITHDRAWAL

Pursuant to Local Bankruptcy Rule 9010-5(c), Daniel B. Cowart ("Cowart") hereby consents to Martin Bagwell Luke, P.C.'s withdrawal as counsel for Cowart in the above-referenced matter and to Morris, Manning & Martin, LLP's substitution as counsel for Cowart.

This 12th day of May 2015

**CONSENTED TO BY:**

By: _____
Daniel B. Cowart

| | |
|---|---|
| By: _____<br>Jimmy C. Luke, II<br>Georgia Bar No. 191817<br>Martin Bagwell Luke, P.C.<br>400 Northridge Road, Suite 1225<br>Atlanta, Georgia 30350<br>(404) 467-5867 | By: _____<br>Frank W. DeBorde<br>Georgia Bar No. 215415<br>Lisa Wolgast<br>Georgia Bar No. 773399<br>Morris, Manning & Martin, LLP<br>3343 Peachtree Road, N.E.<br>Suite 1600<br>Atlanta, Georgia 30326<br>(404) 233-7000 |

---

[1] The last four digits of the employer identification number for each of the Debtors follow in parenthesis: (i) Green Mountain Management, LLC (0734) and (ii) Georgia Flattop Partners, LLC (3208). The Debtors' mailing address is 3740 Davinci Court, Suite 460, Norcross, Georgia 30092.